*In re* PARA DEJAR SIN EFECTO LAS ÓRDENES VII Y IX DEL 20 DE ENERO DE 1995 Y LAS ÓRDENES XII Y XIII DEL 23 DE ENERO DE 1995.

*Número:* VII            *Resuelto:* 30 de junio de 1999

## ORDEN VII

La reorganización de la Rama Judicial establecida por la Ley de la Judicatura de Puerto Rico de 1994, según enmendada, requirió de la expedición de unas órdenes administrativas transitorias que permitieran atender los cambios paulatinos del Sistema Judicial, sin afectar los servicios que ofrecen los tribunales a los ciudadanos y fa-

cilitando la adaptación del sistema durante el periodo inicial de la reorganización. Al presente, algunas de estas normas administrativas han sido debidamente atendidas en otras reglamentaciones del Sistema Judicial; otras, con el transcurso del tiempo, ya han cumplido su propósito. Se dejan sin efecto las órdenes siguientes: Orden VII sobre Reglas para la Administración del Tribunal de Primera Instancia Transitorias, Orden IX sobre Normas para la Evaluación de la Implantación de la Ley de la Judicatura de 1994 de 20 de enero de 1995; Orden XII sobre el Envío al Tribunal Supremo para su Trámite y Resolución de Recursos de Revisión Pendientes ante el Tribunal Superior, conforme los Artículos 3.002(e), 5.003(a)(5) y 9.004(a) de la Ley de la Judicatura de Puerto Rico de 1994, y Orden XIII sobre el Envío al Tribunal de Circuito de Apelaciones de los Recursos Pendientes ante el Tribunal Superior Originados en el Tribunal de Distrito o el Tribunal Municipal del 23 de enero de 1995.

Esta Orden Administrativa entrará en vigor el 1ro de julio de 1999.

*Publíquese.*

Lo decretó y firma.

> *(Fdo.)* José A. Andréu Gracía
> *Juez Presidente del Tribunal Supremo*

CERTIFICO:

*(Fdo.)* Mercedes M. Bauermeister
*Directora Administrativa de los Tribunales*